**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00857-CV

_____

**MANUEL REYES AND FIRST CHOICE HOME BUILDERS, Appellants**

**V.**

**SORAYDA VALENCIA, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 123216-CV**

---

## MEMORANDUM OPINION

Appellants Manuel Reyes and First Choice Home Builders filed their notice of appeal on October 14, 2025. Appellants did not pay their appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified Appellants that unless they paid the appellate filing fee by December 8, 2025, their appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellants have not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.